IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SONDRA COMERINSKY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 118-198 |
| | * | |
| AUGUSTA COATING AND MANUFACTURING, LLC and BOB ROGERS, | * * * | |
| | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is the Parties' stipulation of dismissal. (Doc. 48.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 12th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA